**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 27, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00692-CV

---

## SHAHEM BARAZI, THE BLACK STONE BUILDER, INC., AND THE BLACK STONE MANAGEMENT, INC., Appellants

### V.

## ZUHER SALAMEH, Appellee

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2013-22665**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 29, 2015. On August 20, 2015, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.